# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Anthony Hester ) | Case No: 4:03CR77 |
| ) | USM No: |
| Date of Previous Judgment: 10\|10\|03 ) | Janice Good |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __57__ months is **reduced to** __time served__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 57 to 71 months | Amended Guideline Range: | 46 to 57 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __10\|10\|03__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __2\|26\|08__

Effective Date: __3\|6\|08__
(if different from order date)

Jean C. Hamilton
Judge's signature

Jean C. Hamilton, U.S. District Judge
Printed name and title